PROB 22
(Rev. 01/24)

# TRANSFER OF JURISDICTION

| | | |
|---|---|---|
| DOCKET NUMBER *(Tran. Court)* 4:20CR00105-001 | DOCKET NUMBER *(Rec. Court)* 2:26-cr-00227-CDS-BNW | |
| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Daniel Vega | DISTRICT: UTAH | DIVISION: SOUTHERN |
| | NAME OF SENTENCING JUDGE: Robert J. Shelby, U.S. District Judge | |
| | DATES OF PROBATION/ SUPERVISED RELEASE — FROM: 06/03/2025 | TO: 06/02/2028 |

OFFENSE
Distribution of Methamphetamine

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Mr. Vega lives in Nevada and has no plans to return to Utah. District of Nevada request jurisdiction in order to deal with any violations in the future.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ____________ DISTRICT OF UTAH

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the NEVADA upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.

10/14/2026
*Date*

*United States District Judge*

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ____________ DISTRICT OF NEVADA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

October 16, 2026
*Effective Date*

*United States District Judge*